UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,        CIV. S-05-2289 MCE PAN PS

   v.

PACIFIC LABORATORIES, INC.,    FINDINGS AND RECOMMENDATIONS

        Defendant.

-o0o-

On December 12, 2005, plaintiff was ordered to respond in writing by January 6, 2006, and appear before this court January 11, 2006, to show cause why sanctions should not be imposed upon him for again filing a clearly frivolous complaint in this court.

Plaintiff neither responded in writing nor appeared at the hearing.

For the reasons set forth in the order to show cause, I recommend dismissal of this action.  Fed. R. Civ. P. 11 and 12(b)(6), 28 U.S.C. § 1915 (e)(2)(B)(i) and (ii); Nietzke v.

Williams, 490 U.S. 319, 327-28 (1989) (a frivolous complaint under 28 U.S.C. § 1915 presents fanciful factual allegations and inarguable legal conclusions).

These findings and recommendations are submitted to the Honorable Morrison C. England, Jr., the United States District Judge assigned to this case.  28 U.S.C. § 636(b)(l).  Written objections may be filed within ten days after being served with these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 1, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge