1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID ANTHONY FALLON,              2:05-cv-2289-MCE-PAN(JFM)-PS

12            Plaintiff,

13       v.                            ORDER

14   PACIFIC LABORATORIES, INC.,

15            Defendant.
     _____/

16

17       This matter was referred to the assigned Magistrate Judge

18   pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On

19   February 1, 2006, Judge Nowinski recommended that Plaintiff's

20   action be dismissed.  On March 17, 2006, and May 1, 2006, Plaintiff

21   filed papers requesting additional defendants be added, but these

22   filings are not responsive to the recommendation this case be

23   dismissed.

24       The Court has reviewed the file and finds the Findings and

25   Recommendations to be supported by the record and by the

26   magistrate judge's analysis.

1   Accordingly, IT IS HEREBY ORDERED that:

2       1.  The Findings and Recommendations filed February 1, 2006,

3   are adopted in full;

4       2.  Plaintiff's requests and motion following the filing of

5   the Findings and Recommendations are denied as moot; and

6       3.  This action is dismissed.

7   DATED: June 1, 2006

8

9

10                                      _____
                                        MORRISON C. ENGLAND, JR
11                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26